UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REEHAN MALIK,

Plaintiff,

v.

CITIBANK, N.A. and BEST BUY STORES, L.P.[1],

Defendants.

Case No. 1:26-cv-04627-HBK

ORDER DENYING PRO SE PLAINTIFF'S MOTION FOR ELECTRONIC FILING PERMISSION WITHOUT PREJUDICE

(Doc. 11)

On July 17, 2026, Plaintiff Reehan Malik, proceeding pro se, filed a motion seeking permission to use the Court's Case Management/Electronic Case Filing System (CM/ECF) (Doc. 11).

The Court uses CM/ECF, which requires attorneys to follow the electronic procedures set forth in the Court's Local Rules. Local Rule 133(a) governs electronic filing in this District. The Local Rules generally prohibit pro se parties from filing electronically unless the assigned District Judge or Magistrate Judge grants permission. See L.R. 133(b)(2); L.R. 183(c).

Any request by a pro se party for electronic filing "shall be submitted as stipulations as provided in L.R. 143." L.R. 133(b)(3). If the moving party cannot obtain a stipulation, the

[1] In its Answer, Defendant Best Buy Stores L.P. states it was incorrectly named in the complaint as Best Buy Co., Inc. (Doc. 4 at 2).

request must include "an explanation of the reasons for the exception." *Id.*

The parties have not filed a stipulation allowing Plaintiff to use electronic filing. Plaintiff does not state whether he sought a stipulation from Defendants and was unable to obtain one, nor does he otherwise explain why he should be exempted from the Local Rules governing pro se electronic filing. As a result, Plaintiff has not shown sufficient grounds to depart from the Local Rule providing that "[a]ny person appearing pro se may not utilize electronic filing." L.R. 133(b)(2).

Accordingly, IT IS ORDERED:

Plaintiff's motion for access to the Court's Case Management/Electronic Case Filing System (Doc. 11) is DENIED without prejudice to renewal upon the filing of (1) an appropriate stipulation, or (2) a motion that explains in detail the reasons justifying an exception to Local Rule 133(b)(2).

Dated: July 27, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE