UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REEHAN MALIK,

Plaintiff,

v.

CITIBANK, N.A. and BEST BUY STORES, L.P.,

Defendants.

Case No. 1:26-cv-04627-HBK

ORDER AUTHORIZING PRO SE PLAINTIFF TO USE ELECTRONIC FILING

(Doc. 24)

On August 5, 2026, the parties filed a signed Stipulation for Plaintiff's Authorization to Use Electronic Filing under Local Rule 133(b)(3). (Doc. 24).

Accordingly, IT IS ORDERED:

1. Upon consideration of the parties' Stipulation (Doc 24), pro se plaintiff is granted permission to use electronic filing pursuant to Local Rule 133(b)(2).
2. The plaintiff shall register for E-Filing Access through PACER.

Dated: August 18, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE